Jeffrey M. Boldt
The Kuker Group LLP
508 E. 18th Street
Cheyenne, Wyoming 82001
Telephone: 307.274.4444 office
Facsimile: 307.274.4443 facsimile
*Attorney for Plaintiffs*

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| In Re:<br><br>DENNIS MEYER DANZIK,<br>xxx-xx-1786<br><br>Debtor. | Case No. 16-20002<br>Chapter 11 |
| GEM HOLDCO LLC., a Delaware limited liability company, GEM VENTURES, LTD., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>DENNIS MEYER DANZIK,<br><br>Defendant. | ADVERSARY PROCEEDING<br>No.: 16-02011 |

## PLAINTIFFS' UNOPPOSED MOTION
## TO CONTINUE TRIAL AND RELATED DEADLINES

Plaintiffs GEM Holdco, LLC, a Delaware limited liability company ("GEM Holdco") and GEM Ventures, Ltd. ("GEM Ventures") (collectively "GEM"), hereby move the Court to continue the trial date and all related deadlines in this matter. In support of their motion, GEM states and alleges as follows:

1. This is an action to determine that the debt owed by the Debtor to GEM, incurred by the Debtor through a fraudulent scheme, and intentional and malicious acts that harmed GEM,

is non-dischargeable under Bankruptcy Code §523(a) in an amount to be determined at trial, but not less than $27 million.

2. Pursuant to the Court's August 8, 2016 Scheduling Order [Doc. 15], a trial is set in this matter for April 11, 2017, at 9:00 a.m.

3. Between the date of this Motion and the trial date, the Scheduling Order provides for several deadlines related to the parties preparing and filing a joint Final Pretrial Order, and the parties participating with the Court in a final pretrial conference.

4. On January 10, 2017, in the Defendant/Debtor Danzik's main bankruptcy case, the Court conducted an evidentiary hearing (the "Dismissal Hearing") on Sigma Opportunity Fund II, LLC's ("Sigma") *Motion to Dismiss* (the "Motion to Dismiss"), CWT Canada II Limited Partnership ("CWT Canada") and Resource Recovery Corporation ("RRC") (collectively, the "CWT Parties") *Joinder in Support of Sigma Opportunity Fund II, LLC's Motion to Dismiss* and *Supplement to Joinder in Support of Sigma Opportunity Fund II, LLC's Motion to Dismiss*, and Richard S. Rofe's *Joinder in Support of Sigma Opportunity Fund II, LLC's Motion to Dismiss*.

5. At the conclusion of the Dismissal Hearing, the Court took the Motion to Dismiss under advisement.

6. GEM, and all the creditors of Dennis Danzik, have incurred significant fees in order to protect their interests in a case involving a debtor that has shown absolutely no ability to reorganize. Additional, and potentially unnecessary, fees can be avoided or minimized if the Court grants the relief requested herein. Specifically, it is the GEMs' preference that they not be required to continue to spend resources protecting their interests in the instant adversary proceeding if the Defendant/Debtor's primary bankruptcy case is ultimately going to be dismissed by the Court. Accordingly, GEM are respectfully requesting that the Court enter an order extending the April

11, 2017 trial date, and all deadlines between the filing of this motion and the trial date, to a date after the Court issues a ruling on the Motion to Dismiss. Alternatively, GEM would request that the Court extend the trial date, and all interim deadlines for thirty (30) days. If granted, such an extension would also require the Court to vacate the other dates in the August 8, 2016 Scheduling Order to coincide with the new trial date.

7. The undersigned has conferred with counsel for Dennis Danzik with respect to the relief requested in this motion and the Debtor does not oppose the relief herein requested.

**WHEREFORE**, the GEM Holdco, LLC and GEM Ventures, Ltd. hereby respectfully request that the Court enter an order continuing the trial date in this matter until at least thirty (30) days after the Court rules on the Motion to Dismiss, or in the alternative, that the Court simply extend the trial date, and all interim deadlines, for a period of not less than thirty (30) days.

**DATED** this 7th day of March, 2017.

        **GEM HOLDCO, LLC, AND GEM VENTURES, LTD,** *Plaintiffs*

By: */s/ Jeffrey M. Boldt*
Jeffrey M. Boldt; #7-4730
The Kuker Group LLP
508 East 18th Street
Cheyenne, Wyoming 82001
Telephone (307) 274-4444
Facsimile (307) 274-4443
jeffrey@kukerlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Plaintiff's Unopposed Motion to Continue Trial and Related Deadlines was served on March 7, 2017, via the ECM/ECF system on the following:

Ken McCartney
The Law Offices of Ken McCartney
1401 Airport Parkway, Suite 200
Cheyenne, WY 82003
bnkrpcyrep@aol.com
*Counsel for Dennis Danizk*

By: */s/ Jeffrey M. Boldt*
 Jeffrey M. Boldt